DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON KELLY VANAELST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1001

_____

March 27, 2026

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.